# Court of Appeals
# of the State of Georgia

ATLANTA, January 30, 2019

*The Court of Appeals hereby passes the following order*

**A19I0158. WELLS FARGO BANK, N.A. et al. v. ED C. BOUVETTE, JR..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12CV02436



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 30, 2019.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*